**Order entered December 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00220-CR

**ANTHONY QUINN RIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76651-P**

## ORDER

Before the Court is appellant's December 14, 2020 motion for an extension of time to file to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 15, 2021.

/s/     LANA MYERS
         JUSTICE